JUDGE FRANK MONTALVO

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

2018 FEB 14 PM 12: 57

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>OSCAR RAMIRO TORRES (1),<br>   a.k.a. "Okie"<br>JOSHUA DAVID SALAZAR (2),<br>   a.k.a. "Kirby"<br>HUGO ALBERTO MONTES (3),<br>JOSE SOTO (4),<br>   a.k.a. "Smokes"<br>JOSHUA GIOVANNI LOPEZ (5),<br>TANYA YVONNE NUNEZ (6),<br>RAUL VILLARREAL (7),<br>ADRIAN ALEJANDRO LEE MONGE (8),<br>and<br>RENE FRANCO (9),<br><br>   Defendants. | § CRIMINAL NO. EP-18-CR-<br>§<br>§    **SEALED**<br>§<br>§  **INDICTMENT**<br>§<br>§ **CT 1:**  21:846 & 841(a)(1)-Conspiracy to<br>§ Possess a Controlled Substance with Intent<br>§ to Distribute;<br>§ **CT 2:**  21:963-Conspiracy to Import a<br>§ Controlled Substance;<br>§ **CT 3:**  21:841(a)(1) & 18:2- Possession<br>§ with Intent to Distribute a Controlled<br>§ Substance and Aiding & Abetting<br>§ **CT 4:**  21:841(a)(1) & 18:2- Possession<br>§ with Intent to Distribute a Controlled<br>§ Substance and Aiding & Abetting<br>§ **CT 5:**  21:841(a)(1) & 18:2- Possession<br>§ with Intent to Distribute a Controlled<br>§ Substance and Aiding & Abetting<br>§ **CT 6:**  21:841(a)(1) & 18:2- Possession<br>§ with Intent to Distribute a Controlled<br>§ Substance and Aiding & Abetting<br>§ **CT 7:**  21:841(a)(1) & 18:2- Possession<br>§ with Intent to Distribute a Controlled<br>§ Substance and Aiding & Abetting<br>§ **CT 8:**  21:841(a)(1) & 18:2- Possession<br>§ with Intent to Distribute a Controlled<br>§ Substance and Aiding & Abetting<br>§ **CT 9:**  21:841(a)(1) & 18:2- Possession<br>§ with Intent to Distribute a Controlled<br>§ Substance and Aiding & Abetting<br>§ **CT 10:**  21:841(a)(1) & 18:2- Possession<br>§ with Intent to Distribute a Controlled<br>§ Substance and Aiding & Abetting<br>§ **CT 11:**  21:841(a)(1) & 18:2- Possession<br>§ with Intent to Distribute a Controlled<br>§ Substance and Aiding & Abetting |

**EP 18 CR 0410**

Rev 02.16.2016

THE GRAND JURY CHARGES:

**COUNT ONE**
(21 U.S.C. §§ 846 & 841(a)(1))

From on or about January 1, 2013 through and including the return of this indictment in the Western District of Texas, Defendants,

**OSCAR RAMIRO TORRES (1),**
a.k.a. "Okie"
**JOSHUA DAVID SALAZAR (2),**
a.k.a. "Kirby"
**HUGO ALBERTO MONTES (3),**
**JOSE SOTO (4),**
a.k.a. "Smokes"
**JOSHUA GIOVANNI LOPEZ (5),**
**TANYA YVONNE NUNEZ (6),**
**RAUL VILLARREAL (7),**
**ADRIAN ALEJANDRO LEE MONGE (8), and**
**RENE FRANCO (9),**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA), a Schedule I Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) in the quantities set forth below:

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of 3,4-Methylenedioxyamphetamine (MDA) involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| OSCAR RAMIRO TORRES (1) | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 841(b)(1)(C) |
| JOSHUA DAVID SALAZAR (2) | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 841(b)(1)(C) |
| HUGO ALBERTO MONTES (3) | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 841(b)(1)(C) |
| JOSE SOTO (4) | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 841(b)(1)(C) |
| JOSHUA GIOVANNI LOPEZ (5) | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 841(b)(1)(C) |
| TANYA YVONNE NUNEZ (6) | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 841(b)(1)(C) |
| RAUL VILLARREAL (7) | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 841(b)(1)(C) |
| ADRIAN ALEJANDRO LEE MONGE (8) | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 841(b)(1)(C) |
| RENE FRANCO (9) | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 841(b)(1)(C) |

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**
(21 U.S.C. § 963, 952(a) & 960(a)(1))

From on or about January 1, 2013 through and including the return of this indictment in the Western District of Texas, Defendants,

OSCAR RAMIRO TORRES (1),
a.k.a. "Okie"
JOSHUA DAVID SALAZAR (2),
a.k.a. "Kirby"
HUGO ALBERTO MONTES (3),
JOSE SOTO (4),
a.k.a. "Smokes"
JOSHUA GIOVANNI LOPEZ (5),
TANYA YVONNE NUNEZ (6),
RAUL VILLARREAL (7),
ADRIAN ALEJANDRO LEE MONGE (8), and
RENE FRANCO (9),

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) a Schedule I Controlled Substance, into the United States from Mexico, contrary to Title 21, United States Code, Sections 952(a) and 960(a)(1) in the quantities set forth below:

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of 3,4-Methylenedioxyamphetamine (MDA) involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| OSCAR RAMIRO TORRES (1) | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 960(b)(3) |
| JOSHUA DAVID SALAZAR (2) | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 960(b)(3) |

| | | |
|---|---|---|
| **HUGO ALBERTO MONTES (3)** | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 960(b)(3) |
| **JOSE SOTO (4)** | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 960(b)(3) |
| **JOSHUA GIOVANNI LOPEZ (5)** | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 960(b)(3) |
| **TANYA YVONNE NUNEZ (6)** | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 960(b)(3) |
| **RAUL VILLARREAL (7)** | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 960(b)(3) |
| **ADRIAN ALEJANDRO LEE MONGE (8)** | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 960(b)(3) |
| **RENE FRANCO (9)** | a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA) | 960(b)(3) |

All in violation of Title 21, United States Code, Section 963.

## COUNT THREE
(21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2)

On or about October 16, 2013, in El Paso, Texas, in the Western District of Texas, Defendants,

**OSCAR RAMIRO TORRES (1), and
a.k.a. "Okie"
TANYA YVONNE NUNEZ (6),**

did knowingly and intentionally possess with intent to distribute a controlled substance, and aided and abetted the same, which offense involved a quantity of a mixture or substance containing a

detectable amount of 3,4 Methylenedioxyamphetamine (MDA), a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR
(21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2)

On or about January 29, 2014, in El Paso, Texas, in the Western District of Texas, Defendants,

**OSCAR RAMIRO TORRES (1), and**
**a.k.a. "Okie"**
**RAUL VILLARREAL (7),**

did knowingly and intentionally possess with intent to distribute a controlled substance, and aided and abetted the same, which offense involved a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIVE
(21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2)

On or about May 31, 2014, in El Paso, Texas, in the Western District of Texas, Defendant,

**ADRIAN ALEJANDRO LEE MONGE (8),**

did knowingly and intentionally possess with intent to distribute a controlled substance, and aided and abetted the same, which offense involved a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIX
(21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2)

On or about August 28, 2014, in El Paso, Texas, in the Western District of Texas, Defendant,

**JOSHUA DAVID SALAZAR (2),**
**a.k.a. "Kirby"**

did knowingly and intentionally possess with intent to distribute a controlled substance, and aided and abetted the same, which offense involved a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT SEVEN**
(21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2)

On or about September 30, 2014, in El Paso, Texas, in the Western District of Texas, Defendant,

**JOSHUA DAVID SALAZAR (2),**
**a.k.a. "Kirby"**

did knowingly and intentionally possess with intent to distribute a controlled substance, and aided and abetted the same, which offense involved a quantity of a mixture or substance containing a detectable amount of 3,4 Methylenedioxyamphetamine (MDA), a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT EIGHT**
(21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2)

On or about October 14, 2014, in El Paso, Texas, in the Western District of Texas, Defendant,

**JOSE SOTO (4),**
**a.k.a. "Smokes"**

did knowingly and intentionally possess with intent to distribute a controlled substance, and aided and abetted the same, which offense involved a quantity of a mixture or substance containing a detectable amount of 3,4 Methylenedioxyamphetamine (MDA), a Schedule I Controlled

Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT NINE
(21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2)

On or about November 20, 2014, in El Paso, Texas, in the Western District of Texas, Defendant,

**HUGO ALBERTO MONTES (3),**

did knowingly and intentionally possess with intent to distribute a controlled substance, and aided and abetted the same, which offense involved a quantity of a mixture or substance containing a detectable amount of 3,4 Methylenedioxyamphetamine (MDA), a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TEN
(21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2)

On or about December 5, 2014, in El Paso, Texas, in the Western District of Texas, Defendants,

**OSCAR RAMIRO TORRES (1), and**
**a.k.a. "Okie"**
**JOSHUA DAVID SALAZAR (2),**

did knowingly and intentionally possess with intent to distribute a controlled substance, and aided and abetted the same, which offense involved a quantity of a mixture or substance containing a detectable amount of 3,4 Methylenedioxyamphetamine (MDA), a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT ELEVEN
(21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2)

On or about February 4, 2015, in El Paso, Texas, in the Western District of Texas, Defendants,

**JOSE SOTO (4),**
a.k.a. "Smokes"
**JOSHUA GIOVANNI LOPEZ (5), and**
**RENE FRANCO (9),**

did knowingly and intentionally possess with intent to distribute a controlled substance, and aided and abetted the same, which offense involved a quantity of a mixture or substance containing a detectable amount of 3,4 Methylenedioxyamphetamine (MDA), a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL. ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney

Rev 02.16.2016